# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 16, 2009

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

139533

YOLANDA JOHNSON, Successor Personal
Representative of the Estate of VERA
JACKSON, Deceased,
            Plaintiff-Appellee,

v

DETROIT MEDICAL CENTER, HARPER-
HUTZEL HOSPITAL, ANDRE R. NUNN, M.D.,
and DETROIT SURGICAL SPECIALISTS,
P.C., d/b/a Detroit Bariatrics,
            Defendants-Appellants.

SC: 139533
COA: 293304
Wayne CC: 08-123817-NH

_____/

By order of September 1, 2009, this Court granted immediate consideration and a stay of trial court proceedings. On order of the Court, the application for leave to appeal the August 20, 2009 order of the Court of Appeals is considered and, pursuant to MCR 7.302(H)(1), in lieu of granting leave to appeal, we REMAND this case to the Court of Appeals for consideration as on leave granted. We further ORDER that the stay entered by this Court on September 1, 2009 remains in effect until completion of this appeal. On motion of a party or on its own motion, the Court of Appeals may modify, set aside, or place conditions on the stay if it appears that the appeal is not being vigorously prosecuted or if other appropriate grounds appear.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 16, 2009

_____
Clerk

d0909